(No. 78-CC-1104 and 78-CC-1058– )

JAMES L. SIMS, Claimant, *v.* THE STATE OF ILLINOIS, Respondent.

*Order filed August 9, 1979.*

ROE, C. J.

The Court having read the arguments of counsel and the report of the Commissioner and being fully advised in the premises.

It is hereby ordered that Claimant, James L. Sims, be awarded a judgment in the amount of $173.45.